UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Valencia Perkins, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*      No. 11-cv-13354-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on April 17, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                    NANCY J. ROSENSTENGEL,
                                                    CLERK OF COURT

                                                    BY:   /s/*Sara Jennings*
                                                            **Deputy Clerk**

**Dated:**  April 18, 2014

Digitally signed by David R. Herndon
Date: 2014.04.18 10:59:11 -05'00'

**APPROVED:**
           **CHIEF JUDGE**
           **U. S. DISTRICT COURT**